

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2021

No. 04-21-00223-CV

**IN THE INTEREST OF A.G., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02472
John D. Gabriel Jr., Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant S.A.'s parental rights. This appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

The trial court signed an order of termination on May 6, 2021. S.A.'s notice of appeal was due to be filed on May 26, 2021. *See* TEX. R. APP. P. 26.1(b). S.A.'s notice of appeal was filed on May 28, 2021. A motion for extension of time to file the notice of appeal is due on June 10, 2021. *See* TEX. R. APP. P. 26.3. Although S.A. filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time. (The father, S.G., timely filed his notice of appeal.)

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26); *see also In re K.A.F.*, 160 S.W.3d 923 (Tex. 2005) (noting *Verburgt*'s application in parental termination cases). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that S.A. file, **no later than June 17, 2021**, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If S.A. fails to respond within the time provided, her appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2021.



MICHAEL A. CRUZ, Clerk of Court